```
 1  Ryan Lee, Esq. (SBN 235879)
    Krohn & Moss, Ltd.
 2  10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
 3  Tel: 323-988-2400
    Fax: 866-583-3695
 4  rlee@consumerlawcenter.com
    Attorneys for Plaintiff,
 5  STEPHEN PARKER
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PARKER, | Case No.: C 09-03316 CW  EMC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| | ORDER RESETTING CMC |
| NORTHSTAR LOCATION SERVICE, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, STEPHEN PARKER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

Dated: January 8, 2010

By:/s/Ryan Lee
Ryan Lee, Esq.
KROHN & MOSS, LTD.
Attorneys for Plaintiff,

IT IS SO ORDERED that the case management conference is reset from 1/20/10 to 5/26/10 at 1:30 p.m.  A joint cmc statement is due 5/19/10.  The 5/26/10 hearing will be vacated once a dismissal is filed.

_____
Edward M. Chen, U.S. Magistrate

- 1 -
Notice of Settlement

# **CERTIFICATE OF SERVICE**

I, Paul Palomo, hereby certify that a copy of the foregoing **1) Notice of Settlement** was sent via FIRST CLASS MAIL to:

DION N. COMINOS
AMY MACLEAR (SBN: 215638)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111


Dated: January 8, 2010          /s/ Paul E. Palomo
                                Paul E. Palomo
                                Krohn & Moss, Ltd.
                                10474 Santa Monica Blvd. Suite 401
                                Los Angeles, CA  90025
                                T: (323) 988-2400; F: (866) 583-3695
                                ppalomo@consumerlawcenter.com