**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN PARKER,<br><br>     Plaintiff,<br><br>vs.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>     Defendant.. | Case No.: **09-cv-03316-CW**  EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 21, 2010

_____
The Honorable
United States ___ Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*